No. 88–1633. WARREN v. CITY OF LINCOLN, NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1634. WIGGINS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 88–1644. LDB CORP. v. GIBRALTAR SAVINGS. C. A. 5th Cir. Certiorari denied.

No. 88–1652. EMERICK v. BORDEN ET UX. App. Ct. Conn. Certiorari denied.

No. 88–1661. RIST, ACTING WARDEN v. SATTER. Sup. Ct. S. D. Certiorari denied.

No. 88–1667. KLEIN v. PETERSON, DEPUTY COMMISSIONER OF PATENTS AND TRADEMARKS, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1676. EXPRESS COURIER, INC. v. NEW YORK STATE DEPARTMENT OF LABOR ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 88–1695. STEVENS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–1722. SCHNEBERGER ET AL. v. UNITED STATES TRUST COMPANY OF NEW YORK ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1728. SCHIRMER v. EASTMAN KODAK CO. C. A. 3d Cir. Certiorari denied.

No. 88–1741. GRISWOLD INSTITUTE, INC., ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1757. COVATTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–1763. KOVEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–1774. WOO v. UNITED STATES NAVY. C. A. Fed. Cir. Certiorari denied.